# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20-cr-239 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| ROMAN HERNANDEZ, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A superseding violation report was filed in this case on July 12, 2021. The Court referred this matter to the Magistrate Judge to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Knapp reported that a supervised release violation hearing was held on December 9, 2021. The defendant admitted to the following violations:

1. Failure to participate in a Drug Treatment and Testing Program as Directed by the Probation Officer;
2. Failure to Comply with Drug Testing;
3. Illicit Drug Use.

The magistrate judge filed a report and recommendation on December 9, 2021, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release.

A final supervised release violation hearing was conducted on December 29, 2021. Present were the following: Assistant U.S. Attorney Colleen Egan, representing the United States; Attorney Michael Goldberg, representing the defendant; the Defendant Roman Hernandez; and United States Probation Officer Colin Boone.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1-3.

The Court continues the sentencing hearing for 90 days, until March 31, 2022 at 11:30 a.m., to allow the defendant time to successfully complete a 30-day in-patient treatment program and then commence intensive outpatient treatment as directed by his probation officer. Should the Court be notified at any time prior to the sentencing hearing that the defendant is not in compliance, the Court may proceed immediately to the sentencing hearing.

The defendant shall be released from custody as soon as a bed is available, but no sooner than January 3, 2022. After he is released from custody, he shall immediately report to Silver Maple Recovery in Lorain, Ohio no later than 12:00 p.m. on January 3, 2022.

**IT IS SO ORDERED**.

Dated: December 29, 2021

_____
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**

2